# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF GEORGIA - ALBANY DIVISION

| | |
|---|---|
| ARC WOOD & TIMBERS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> RIVERWOOD FLOORING & PANELING, INC., a Georgia corporation, KEITH LACY, an individual, and DOES 1 through 25, <br><br> Defendants. | Case No. 1:22 cv-0006-LAG <br><br> **STIPULATED JUDGMENT AND [PROPOSED] ORDER** |

## STIPULATED JUDGMENT AND [PROPOSED] ORDER

Plaintiff ARC WOOD AND TIMBERS, LLC ("AW&T") and Defendants RIVERWOOD, FLOORING & PANELING, INC. ("Riverwood") and KEITH LACY ("Lacy") (hereinafter, collectively referred to as "Defendants") hereby represent to the Court that they have agreed to a compromise and settlement of this Action and all claims, defenses and counterclaims, including all claims that were brought in this Action.

WHEREFORE, with the consent of the parties, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Court has and shall continue to retain jurisdiction over the parties and subject matter of this Action.

2. The parties have entered into a written Confidential Settlement Agreement, effective October 12, 2022 ("Settlement Agreement"), that sets forth the rights and obligations of the parties and the parties expressly agree that this Court will retain ancillary jurisdiction over this matter in law and equity for purposes of enforcing and/or adjudicating any violation of the parties' Settlement Agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-82 (1994). Any such matters shall be raised by noticed motion.

3. Subject to the terms of the Settlement Agreement, the claims and counterclaims of all parties are dismissed with prejudice.

4. Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Dated: October 17, 2022

**KHAYAT LAW FIRM**
75 14th Street, N.E.
Suite 2750
Atlanta, GA 30309
Telephone: (404) 978-2750
Facsimile: (404) 978-2901

**THOITS LAW**
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

*/ s / Nathaniel H. Lipanovich*
Nathaniel H. Lipanovich
*Admitted Pro Hac Vice*
nlipanovich@thoits.com
California Bar No. 292283
**Counsel for Arc Wood & Timbers, LLC**

Dated: October 17, 2022

**WHITEHURST, BLACKBURN & WARREN**
809 S. Broad Street
Thomasville, GA 31792
Telephone: (229) 226-2161
Facsimile: (229) 228-9014

*/ s / Joseph C. Cargile*
Joseph C. Cargile
jcargile@wbwk.com
Georgia Bar No. 322136
**Counsel for Defendants Riverwood Flooring & Paneling, Inc. and Keith Lacy**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____, 2022

_____
LESLIE A. GARDNER, JUDGE
UNITED STATES DISTRICT COURT